IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GENERATION HEALTHCARE, INC.

    Plaintiff,

v.

JOHN R. HUGHES, *et ux*,

    Defendants,

v.

KAREN KELLER,

    Third-Party Defendant.

Case No. 2:16-cv-00156
Judge Algenon L. Marbley
Magistrate Judge Kimberly A. Jolson

## ENTRY OF DISMISSAL WITH PREJUDICE

By agreement of the parties hereto and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the claims of Plaintiff and the counterclaims and third-party claims of Defendants are hereby DISMISSED with prejudice.

                                                  JUDGE ALGENON L. MARBLEY

APPROVED BY:

/s/ *Michael J. Johrendt*
Michael J. Johrendt  (0022283)
JOHRENDT & HOLFORD
250 E. Broad Street, Suite 200
Columbus, OH 43215
Telephone No.: (614) 464-0082
Facsimile No.: (614) 463-1296
mjohrendt@johrendt-holford.com

Counsel for Plaintiff Generation Healthcare, Inc.
and Third-Party Defendant Karen Keller

/s/ *Christopher G. Kuhn*
Christopher G. Kuhn (P78684)
ROLF GOFFMAN MARTIN LANG LLP
30100 Chagrin Boulevard, Suite 350
Cleveland, OH 44124-5705
Telephone No.: (216) 514-1100
Facsimile No.: (216) 682-2112
Kuhn@rolflaw.com

Counsel for Defendants and Third-Party Plaintiffs
John R. Hughes and Elizabeth R. Hughes